**B9A (Official Form 9A)** (Chapter 7 Individual or Joint Debtor No Asset Case) (12/07)  Case Number **10–19333–bam**

UNITED STATES BANKRUPTCY COURT District of Nevada

## Notice of
## Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on 5/20/10.

You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice. Case documents may be viewed at www.nvb.uscourts.gov.

**Important Notice to Individual Debtors:** Debtors who are individuals must provide government–issued photo identification and proof of social security number at the meeting of creditors. Failure to do so may result in dismissal of their case.

### See Additional Pages For Important Explanations and Notices

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
EVERARDO BAEZ MAYA
1729 LAMPLIGHTER LANE
LAS VEGAS, NV 89104

| | |
|---|---|
| Case Number:<br>10–19333–bam<br>Judge: BRUCE A. MARKELL | Social Security / Individual Taxpayer ID / Employer Tax ID / Other nos:<br>xxx–xx–6968 |
| Attorney for Debtor(s) (name and address):<br>EDWARD E. VARGAS<br>500 N. RAINBOW #300<br>LAS VEGAS, NV 89107<br>Telephone number: 702–221–1965 | Bankruptcy Trustee (name and address):<br>LENARD E. SCHWARTZER<br>2850 S. JONES BLVD., #1<br>LAS VEGAS, NV 89146<br>Telephone number: (702) 307–2022 |

### Meeting of Creditors

Date: **June 28, 2010**                    Time: **01:30 PM**
Location: **300 Las Vegas Blvd., South, Room 1500, Las Vegas, NV 89101**

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on reverse side.*

The presumption of abuse does not arise.

### Deadlines:
Papers must be *received* by the bankruptcy clerk's office by the following deadlines:
**Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts: 8/27/10**

### Deadline to Object to Exemptions:
Thirty (30) days after the *conclusion* of the meeting of creditors.

### Creditors May Not Take Certain Actions:

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### Please Do Not File a Proof of Claim Unless You Receive a Notice To Do So.

### Creditor with a Foreign Address:

A creditor to whom this notice is sent at a foreign address should read the information under "Do Not File a Proof of Claim at This Time" on the reverse side.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>Telephone number: (702)388–6257 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br><br>*Mary A. Schott*<br><br>Mary A. Schott |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: 5/20/10 |

**EXPLANATIONS**   B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Filing of Chapter 7 Bankruptcy Case | A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the front side, and an order for relief has been entered. |
| **Legal Advice** | The staff of the bankruptcy clerk's office cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code §362. Common examples of prohibited actions include contacting the debtor by telephone, mail or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. |
| Presumption of Abuse | If the presumption of abuse arises, creditors may have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time and location listed on the front side. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Do Not File a Proof of Claim at This Time | There does not appear to be any property available to the trustee to pay creditors. *You therefore should not file a proof of claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a proof of claim, and telling you the deadline for filing your proof of claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline. |
| Discharge of Debts | The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code §727(a) *or* that a debt owed to you is not dischargeable under Bankruptcy Code §523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint in the bankruptcy clerk's office by the "Deadline to File a Complaint Objecting to Discharge of the Debtor or to Determine Dischargeability of Certain Debts" listed on the front side. The bankruptcy clerk's office must receive the complaint and any required filing fee by that Deadline. |
| Exempt Property | The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect that list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objections by the "Deadline to Object to Exemptions" listed on the front side. |
| Bankruptcy Clerk's Office | Any paper that you file in this bankruptcy case should be filed at the bankruptcy clerk's office at the address listed on the front side. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office or at www.nvb.uscourts.gov. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

## EXPLANATIONS
### (CONTINUED)

B9A (Official Form 9A) (12/07)

| | |
|---|---|
| Trustee Information | The United States Trustee has appointed the herein named person as interim trustee effective the date of filing as shown on page 1 of this form. The case is covered by a trustee's blanket bond, the original of which is on file with the court. |
| | The trustee may abandon property of the estate that is burdensome or is of inconsequential value and benefit to the estate without further notice of abandonment, pursuant to 11 U.S.C. Section 554(a). Further notice will be provided upon request only. Any non−exempt property scheduled, but not administered at the time of closing of a case will be deemed abandoned pursuant to 11 U.S.C. Section 554(c). |
| | Please note that the trustee may use, sell or lease all non−exempt property of the estate which has an aggregate value of less than $2,500 WITHOUT FURTHER NOTICE TO CREDITORS. Pursuant to Federal Bankruptcy Rule 6004(d) any objection to the sale of estate property may be filed and served by a party in interest within 25 days of the mailing of this Notice of Commencement of Case. |

### Refer to Previous Page for Important Deadlines and Notices

# CERTIFICATE  OF  NOTICE

```
District/off: 0978-2          User: admin              Page 1 of 1              Date Rcvd: May 21, 2010
Case: 10-19333                Form ID: B9A             Total Noticed: 16


The following entities were noticed by first class mail on May 23, 2010.
db          +EVERARDO BAEZ MAYA,   1729 LAMPLIGHTER LANE,   LAS VEGAS, NV 89104-3722
aty         +EDWARD E. VARGAS,   500 N. RAINBOW #300,   LAS VEGAS, NV 89107-1061
5968995     +City of Las Vegas,   416 N. 7th Street,   Las Vegas, NV 89101-3010
5968996      Clark County Water Reclamation,   P. O. Box 98526,   Las Vegas, NV 89193-8526
5968999      INDY MAC,   Acct No xxxxxx8945,   P. O. BOX 78826,   Phoenix, AZ 85062-8826
5969000     +Las Vegas Valley Water District,   1001 S. Valley View Blvd.,   Las Vegas, NV 89107-4447
5969001      NVEnergy,   P. O. Box 30086,   Reno, NV 89520-3086
5969002     +Prem Deffered Trust, Yonas Woldu,   871 Coronado Ctr Drive,   Suite 100,
              Henderson, NV 89052-3977
5969003     +Regional Trustee Services,   616 1st Avenue,   Suite 500,   Seattle, WA 98104-2297
5969004      Republic Service,   P. O. Box 78040,   Phoenix, AZ 85062-8040
5969005     +Riverwalk HOA,   P. O. Box 12117,   Las Vegas, NV 89112-0117
5969006     +Southwest Gas Corporation,   P. O. Box 98512,   Las Vegas, NV 89193-8512


The following entities were noticed by electronic transmission on May 21, 2010.
tr          +EDI: BLESCHWARTZER.COM May 21 2010 20:28:00      LENARD E. SCHWARTZER,   2850 S. JONES BLVD., #1,
              LAS VEGAS, NV 89146-5640
ust         +E-mail/Text: USTPRegion17.LV.ECF@usdoj.gov                  U.S. TRUSTEE - LV - 7,
              300 LAS VEGAS BOULEVARD, SO.,   SUITE 4300,   LAS VEGAS, NV 89101-5803
5968997      EDI: ESSL.COM May 21 2010 20:28:00    Dish Network,   P. O. Box 7203,   Pasadena, CA 91109-7303
5968998      E-mail/Text: bankruptcy@centurylink.com                  Embarq,   P. O. Box 660068,
              Dallas, TX 75266-0068
                                                                                          TOTAL: 4


              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**                    **Signature:**  _____