# United States Bankruptcy Court
## District of Nevada

Case No. **10–19333–bam**
Chapter 7

In re: (Name of Debtor)
    EVERARDO BAEZ MAYA
    1729 LAMPLIGHTER LANE
    LAS VEGAS, NV 89104

Social Security No.:
    xxx–xx–6968

## ORDER DETERMINING DEBTOR COMPLIANCE WITH FILING REQUIREMENTS OF 11 U.S.C. § 521(a)(1)

Pursuant to 11 U.S.C. § 521(i), if an individual debtor in a voluntary case under Chapter 7 or Chapter 13 fails to file all of the information required under 11 U.S.C. § 521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition. The Court has reviewed the file in this case and has determined that the debtor (see note below) has complied with the information filing requirement of 11 U.S.C. § 521(a)(1) and Local Rule 4002.1. Accordingly, it is

ORDERED:

1. This case is not subject to automatic dismissal under 11 U.S.C. § 521(i)(1) or (2).

2. If any party in interest has any reason to contest the Court's finding that the debtor has filed all information required by 11 U.S.C. § 521(a)(1), that party shall:

    (a) File a Motion for Reconsideration not later than **10** days from the date of the entry of this order. The motion should specifically identify the information and document(s) required by 11 U.S.C. § 521(a)(1) that the debtor has failed to file.

    (b) Comply with the provisions of LR 9014 and obtain a hearing date and time.

    (c) Serve such motion and notice of hearing on the trustee, debtor and debtor's counsel, if any;

and

    (d) File a Certificate of Service of the motion and notice of hearing within two business days of filing the motion.

Dated: 5/21/10                                        BY THE COURT

                                                                Mary A. Schott
                                                                Clerk of the Bankruptcy Court

Note: All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: gomezme              Page 1 of 1              Date Rcvd: May 21, 2010
Case: 10-19333                Form ID: odeter            Total Noticed: 13

The following entities were noticed by first class mail on May 23, 2010.
db            +EVERARDO BAEZ MAYA,    1729 LAMPLIGHTER LANE,    LAS VEGAS, NV 89104-3722
5968995       +City of Las Vegas,    416 N. 7th Street,    Las Vegas, NV 89101-3010
5968996        Clark County Water Reclamation,    P. O. Box 98526,    Las Vegas, NV 89193-8526
5968997        Dish Network,    P. O. Box 7203,    Pasadena, CA 91109-7303
5968999        INDY MAC,    Acct No xxxxxx8945,    P. O. BOX 78826,    Phoenix, AZ 85062-8826
5969000       +Las Vegas Valley Water District,    1001 S. Valley View Blvd.,    Las Vegas, NV 89107-4447
5969001        NVEnergy,    P. O. Box 30086,    Reno, NV 89520-3086
5969002       +Prem Deffered Trust, Yonas Woldu,    871 Coronado Ctr Drive,    Suite 100,
                Henderson, NV 89052-3977
5969003       +Regional Trustee Services,    616 1st Avenue,    Suite 500,    Seattle, WA 98104-2297
5969004        Republic Service,    P. O. Box 78040,    Phoenix, AZ 85062-8040
5969005       +Riverwalk HOA,    P. O. Box 12117,    Las Vegas, NV 89112-0117
5969006       +Southwest Gas Corporation,    P. O. Box 98512,    Las Vegas, NV 89193-8512

The following entities were noticed by electronic transmission on May 21, 2010.
5968998        E-mail/Text: bankruptcy@centurylink.com                            Embarq,   P. O. Box 660068,
                Dallas, TX 75266-0068
                                                                                                TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 23, 2010**            Signature:        _Joseph Speetjens_