1  LENARD E. SCHWARTZER
   2850 South Jones Blvd, Ste 1
2  Las Vegas, NV 89146
   (702) 307-2022
3
   TRUSTEE
4

5

6

7                    **UNITED STATES BANKRUPTCY COURT**

8                            **DISTRICT OF NEVADA**

9  In re                          )   Case No. BK-S 10-19333 BAM
                                   )
10 MAYA, EVERARDO BAEZ             )   IN PROCEEDINGS UNDER CHAPTER 7
                                   )
11                                 )   TRUSTEE'S MOTION TO DISMISS CASE
                                   )   PURSUANT TO BANKRUPTCY CODE § 521(e)
12                                 )
                                   )   Date:  August 25, 2010
13              Debtor(s)          )   Time:  11:00 a.m.
                                   )   Place: Foley Bldg., Third Floor
14                                 )
                                   )
15 _____

16     The Motion of Lenard E. Schwartzer (the "Trustee") to dismiss this case represents:

17     1.     Debtor filed for relief under the Bankruptcy Code on May 20, 2010, and the Trustee has

18 duly qualified and is now acting as the Chapter 7 Trustee of the estate of the above-referenced debtor.

19     2.     Debtor failed to provide Trustee with his 2008 and 2009 Federal Income Tax Returns

20 seven (7) days before the 341 meeting conducted in this case and Debtor has failed to provide any

21 explanation for said failure.

22     3.     There has been one (1) continued 341 meetings to allow the Debtor to provide his tax

23 returns and answer questions that may arise from the trustee's review of his tax return.

24     4.     Bankruptcy Code § 521(e) provides:

25 **(1)** If the debtor in a case under chapter 7 or 13 is an individual and if a creditor files
   with the court at any time a request to receive a copy of the petition, schedules, and
26 statement of financial affairs filed by the debtor, then the court shall make such
   petition, such schedules, and such statement available to such creditor.
27
   **(2)**
28

    (A) The debtor shall provide—
    (i) **not later than 7 days before the date first set for the first meeting of creditors, to the trustee a copy of the Federal income tax return required under applicable law (or at the election of the debtor, a transcript of such return) for the most recent tax year ending immediately before the commencement of the case and for which a Federal income tax return was filed**; and
    (ii) at the same time the debtor complies with clause (i), a copy of such return (or if elected under clause (i), such transcript) to any creditor that timely requests such copy.
    **(B) If the debtor fails to comply with clause (i) or (ii) of subparagraph (A), the court shall dismiss the case unless the debtor demonstrates that the failure to so comply is due to circumstances beyond the control of the debtor.**

5. Further, Debtor has failed to attend his Meeting of Creditors scheduled for June 28, 2010, and a continued hearing scheduled for July 12, 2010.

Wherefore, Trustee prays for an order dismissing this case, and such other and further relief as is just and proper.

DATED this 14th day of July, 2010

                                                LENARD E. SCHWARTZER, TRUSTEE

### DECLARATION OF TRUSTEE

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED:    July 14, 2010

                                                LENARD E. SCHWARTZER