LENARD E. SCHWARTZER
2850 South Jones Blvd, Ste 1
Las Vegas, NV 89146
(702) 307-2022

Trustee

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 10-19333 BAM |
| MAYA, EVERARDO BAEZ | IN PROCEEDINGS UNDER CHAPTER 7 |
| | NOTICE OF HEARING MOTION TO DISMISS CASE |
| Debtor(s) | Date:  August 25, 2010<br>Time:  11:00 a.m.<br>Place: Foley Bldg., Third Floor |

TO: DEBTOR, EVERARDO BAEZ MAYA:

NOTICE IS HEREBY GIVEN that a MOTION TO DISMISS CASE PURSUANT TO BANKRUPTCY CODE § 521(e) was filed with the above-entitled Court by LENARD E. SCHWARTZER, Chapter 7 Trustee. The Motion seeks an order dismissing this case for failure of the Debtor to appear at the 341a hearing and provide copies of his 2008 and 2009 tax returns.

Any Opposition must be filed pursuant to Local Rule 9014(d)(1).

Local Rule 9014(d)(1): "Except as set out in subsection (3) below, any opposition to a motion must be filed, and service of the opposition must be completed on the movant, no later than fourteen (14) days preceding the hearing date for the motion. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of subsection (c) of this rule."

1

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the Court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
>   • The court may refuse to allow you to speak at the scheduled hearing; and
>   • The court may rule against you without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that the hearing on the Motion may be continued without further notice.

NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge in the Foley Building, 300 Las Vegas Boulevard South, 3rd Floor, Las Vegas, Nevada, on August 25, 2010, at the hour of 11:00 a.m.

Dated: July 14, 2010

_____
LENARD E. SCHWARTZER, Trustee

1